74

Ella Boyle, Appellee, v. Chester E. Cleveland and David H. Jackson, Defendants. Chester E. Cleveland, Appellant.

Gen. No. 40,751.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939. Rosen, Francis & Cleveland, for appellant; James B. O'Shaughnessy, of counsel; Kenneth F. Simpson, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."

Nellie Molloy, Appellee, v. Chicago City Bank & Trust Company, Appellee. Laurence M. Fine, Appellant.

Gen. No. 40,764.

Heard in second division, first district, at June term, 1939; opinion filed December 27, 1939. Laurence M. Fine, *pro se;* Metzdorf & Frantz, for appellee Nellie Molloy; Edward J. Metzdorf, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."